682 A.2d 775

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Albert L. TAYLOR, Petitioner.**

**No. 0277 E.D. Allocatur Docket 1996.**

Supreme Court of Pennsylvania.

Sept. 13, 1996.

Sara Webster, Doylestown, for Petitioner.

AND NOW, this 13th day of September, 1996, the petition for allowance of appeal is granted. The matter is remanded to

the Superior Court for reconsideration under *Commonwealth v. White,* 543 Pa. 45, 669 A.2d 896 (1995).